**FILED**

# United States District Court

DEC 5 2005

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

BRUNO URIOSTEGUI

CRIMINAL COMPLAINT

CASE NUMBER: 1:05mj145-B

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 5, 2005** in **Houston** county, in the **Middle** District of **Alabama** defendant(s) did, (Track Statutory Language of Offense)

**being an alien, knowingly re-enter the United States after having been deported, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States,**

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

I further state that I am a(n) __ICE Officer__ and that this complaint is based on the following facts:
Official Title

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**December 5, 2005**                                                             at  **Montgomery, Alabama**

Date                                                                                            City and State

**Delores R. Boyd, U.S. Magistrate Judge**

Name and Title of Judicial Officer                                             Signature of Judicial Officer

## AFFIDAVIT

I, David E. Henderson, being duly first sworn, do hereby state and affirm that:

I am a duly sworn Special Agent of the U.S. Immigration and Customs Enforcement (ICE) assigned to the office of the Resident Agent in Charge, Mobile, Alabama. I have been employed as a federal agent for approximately five years. One of my principal assignments has been to conduct criminal investigations of persons involved in violation of the United States Code relating to Title 8 - Aliens and Nationality along with other violations of federal law.

On December 5, 2005, Dothan Police Department Sergeant A. Hughes conducted a vehicle stop on a 1986 Toyota bearing Georgia registration 4570AJA on U.S. Highway 431 for a traffic violation. The driver of the vehicle was identified as Bruno URIOSTEGUI after providing a Georgia Drivers License in the same name. Upon conducting computer checks through the Blue Lightning Operations Center (BLOC), Sergeant Hughes received information that URIOSTEGUI was a previously deported alien. A check of URIOSTEGUI's fingerprints through the Federal Bureau of Investigation (FBI) revealed an identical match of a criminal history record which included his prior deportation. An immigration detainer was then placed on URIOSTEGUI by the Department of Homeland Security Law Enforcement Support Center.

On December 5, 2005, I interviewed URIOSTEGUI concerning his immigration status. I advised URIOSTEGUI of his constitutional rights, as per Miranda in the English language. URIOSTEGUI acknowledged that he understood his rights and proceeded to make a voluntary statement. Upon questioning, he freely admitted to being a native and citizen of Mexico, who last entered the United States illegally. Additional Immigration checks reveal that he was removed from the United States to Mexico on January 9, 2003. A review of the official file indicates that URIOSTEGUI failed to obtain permission from the Attorney General of the United States or the Secretary for the Department of Homeland Security to reenter the United States legally.

Bruno URIOSTEGUI is in violation of, but not limited to, Title 8 U.S.C. 1326(a), reentry of deported alien without the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security. The penalty, upon conviction, for this offense shall be a fine under Title 18, or imprisoned not more than 2 years, or both.

_____
David E. Henderson, Affiant
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to and subscribed before me this 5th day of December, 2005.

_____
DELORES R. BOYD
United States Magistrate Judge