**COURTROOM DEPUTY MINUTES**  DATE: 12-6-2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 11:15 – 11:33 am
11:43 – 11:52 am

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [x] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB         DEPUTY CLERK: sql

CASE NO.: 1:05mj145-B              DEFT. NAME: Bruno URIOSTEGUI

USA: Speirs                        ATTY: Petersen
                                   Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
                                   ( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ✓ does ___ does NOT need an interpreter

Interpreter present ___ NO ✓ YES   NAME: Elisa Brodbeck

- [x] kars.    Date of Arrest 12-5-05    or   [ ] karsr40
- [x] kia.     Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl.   Deft. First Appearance with Counsel
- [ ]          Deft. First Appearance without Counsel
- [x]          Requests appointed Counsel   [x] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. Financial Affidavit executed [ ] to be obtained by PTSO
- [x] koappted ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- [ ] k20appt. Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]          Deft. Advises he will retain counsel. Has retained _____
- [ ]          Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]          Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg.  Detention Hearing [ ] held; [ ] set for _____
- [ ] kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls. Release order entered. Deft. advised of conditions of release
- [ ] kbnd.    [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
               [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- [x]          Held Preliminary Hearing [ ] Set for _____
- [ ] ko.      Deft. ORDERED REMOVED to originating district
- [ ] kwvprl.  Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [x]          Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- [ ] karr.    ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of NOT GUILTY entered.
               [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
               DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. Identity/Removal Hearing set for _____
- [ ] kwvspt   Waiver of Speedy Trial Act Rights Executed

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, _____SOUTHERN_____ DIVISION

UNITED STATES OF AMERICA        *
                                *
VS.                             *       CR. NO. __1:05mj145-B__
                                *
BRUNO URIOSTEGUI                *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| David Henderson | 1. |
|  | 2. |
|  | 3. |
|  | 4. |
|  | 5. |
|  | 6. |
|  | 7. |
|  | 8. |
|  | 9. |
|  | 10. |
|  | 11. |
|  | 12. |
|  | 13. |
|  | 14. |
|  | 15. |
|  | 16. |
|  | 17. |